# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| BERNICE MONTGOMERY,<br><br>Plaintiff,<br><br>v.<br><br>HYPERION BIOTECHNOLOGY, INC.,<br><br>Defendant. | Civil Action No. 3:16-cv-03609-MBS-SVH<br><br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Bernice Montgomery and Defendant Hyperion Biotechnology, Inc., through their undersigned counsel, stipulate to the dismissal of the above-captioned case with prejudice. The Parties hereby state that this matter has been resolved and, therefore, desire to dismiss this matter with prejudice.

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| **Bernice Montgomery** | **Hyperion Biotechnology, Inc.** |
| s/J. Charles Ormond, Jr. | s/George A. Reeves III |
| J. Charles Ormond, Jr. | George A. Reeves III (FID 9701) |
| chuck@ormonddunn.com | greeves@fisherphillips.com |
| ORMOND DUNN | FISHER & PHILLIPS LLP |
| 301 Stoneridge Drive | 1320 Main Street, Suite 750 |
| Columbia, South Carolina 29210 | Columbia, South Carolina 29201 |
| Phone: (803) 933-9000 | Phone: (803) 255-0000 |
| | Fax: (803) 255-0202 |

Dated this 27th day of March 2017.